# Order

Michigan Supreme Court
Lansing, Michigan

October 3, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

151808

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

ALSTAIR ALEXANDER RICHARDSON,
Defendant-Appellant.

SC: 151808
COA: 326518
Wayne CC: 08-008157-FH

_____/

By order of June 28, 2016, the application for leave to appeal the June 10, 2015 order of the Court of Appeals was held in abeyance pending the decision in *People v Comer* (Docket No. 152713). The case having been decided on June 23, 2017, 500 Mich ___ (2017), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the March 4, 2014 amended judgment of sentence and REMAND this case to the Wayne Circuit Court to reinstate the October 17, 2008 judgment of sentence. In *Comer*, we held that correcting an invalid sentence by adding a statutorily mandated term is a substantive correction that a trial court may make on its own initiative only before judgment is entered. In this case, the trial court did not have authority to amend the judgment of sentence after entry regarding a provision for lifetime electronic monitoring under MCL 750.520b(2)(d) and MCL 750.520n.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2017



Clerk

d0925